PS 42
(Rev 07/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 16 2007

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

# United States District Court

## Eastern District of Washington

| | |
|---|---|
| United States of America ) | |
| ) | |
| vs ) | CR-07-016-FVS |
| ) | |
| Ellreese N. Daniels ) | Case No. MJ 06-308 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Ellreese N. Daniels, have discussed with Kevin J. Crawford, Pretrial Services/Probation Officer, modification of my release as follows:

Adding the following conditions:

13. The defendant shall keep all court appearances and follow the orders of any other court.

This modification is recommended based upon:

The defendant was cited on January 4, 2007, in Grant County Washington for the offenses of possession of marijuana, possession of drug paraphernalia. The offender failed to appear at his initial appearance on these charges on February 12, 2007, which are pending in Grant County District Court Case Number C00511094. A warrant was subsequently issued in that matter on January 12, 2007. The defendant when contacted about his failure to appear advised that he had not received notice to appear. The defendant subsequently contacted the Grant County District Court and has had his initial appearance rescheduled for February, 26, 2007.

The probation officer believes the proposed modification will reduce incidents of this kind from occurring again. It would also address any increased danger and flight issues relating to failures to keep court appearances and follow court orders of other jurisdictions. The defendant, defense counsel and the government have agreed to the proposed modification as indicated by their signatures below.

I consent to this modification of my release conditions and agree to abide by this modification

_Ellreese Daniels_    2-26-07        _[signature]_                2-26-07
Signature of Defendant   Date    Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_    3-6-07
Signature of Defense Counsel   Date

_James A. Hopkins_   3/8/2007
Signature of Assistant U.S. Attorney   Date

[✓]   The above modification of conditions of release is ordered, to be effective on _Mar. 16 2007_

[ ]   The above modification of conditions of release is <u>not</u> ordered.

_____         Mar. 16, 2007
Signature of Judicial Officer          Date