UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
(HONORABLE FRED VAN SICKLE)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CR-07-0016-FVS |
| ) | |
| Vs. ) | ORDER GRANTING UNOPPOSED |
| ) | MOTION TO MODIFY |
| ELLREESE DANIELS, ) | |
| ) | |
| Defendant. ) | |

The Defendant's unopposed Motion to Modify Conditions of Release having been read and considered, and it appearing that the parties have agreed,

**IT IS ORDERED** that the unopposed Motion to Modify Conditions of Release **(Ct. Rec. 25)** to allow the Defendant to travel outside the State of Washington for work purposes is **GRANTED.**

**IT IS SO ORDERED.**

DATED March 23, 2007.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER
1